# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MOLINA, | Case No. CV 17-9219-JPR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's Motion for Judgment on the Pleadings is DENIED; (2) the Commissioner's Cross-Motion for Judgment on the Pleadings is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: March 18, 2019

_____
JEAN ROSENBLUTH
U.S. Magistrate Judge